UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL KAPLAN, et al.,

    Plaintiff(s),

v.                                         Case No: 8:05-cv-1236-T-30EAJ

UNITED STATES OF AMERICA

    Defendant(s).
_____/

## O R D E R

Upon consideration, it is **ORDERED** that this cause is **TRANSFERRED** to the Honorable Susan Bucklew, with her consent, for all further proceedings.

**DONE** and **ORDERED** in Tampa, Florida on July 19, 2005.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to**:
The Honorable Susan Bucklew
Counsel/Parties of Record

F:\Docs\2005\05-cv-1236.transfer.wpd