UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL KAPLAN and
ANITA KAPLAN,

      Plaintiffs,

v.                                       Case No.  8:05-cv-1236-T-24 EAJ

UNITED STATES OF AMERICA,

      Defendant.
_____/

**ORDER**

      This cause comes before the Court on its own.  On October 31, 2005, Defendant filed a motion to dismiss or for summary judgment.  (Doc. No. 9).  After the motion was fully briefed by both parties, the parties mediated with Judge Scriven.  The parties tentatively settled Plaintiffs' claims during mediation on July 19, 2006.  At that time, the Court administratively closed the case and directed the parties to give status reports regarding the settlement.  On July 6, 2007, the Court held a status conference in this case, at which time the parties informed the Court that the settlement had fallen apart and that they wanted to reopen the case.

    On July 18, 2007, Defendant filed a motion to dismiss or for summary judgment.  (Doc. No. 48).  Plaintiffs' response was due by August 10, 2007.  To date, Plaintiffs have failed to file a response.  The Court has called Plaintiffs' counsel's office to remind him that Plaintiffs' response is overdue.  As such, if Plaintiffs do not file a response to the motion by **noon on August 14, 2007**, the Court will deem Plaintiffs' prior response to the motion (Doc. No. 20) as their response to the current motion.  Since the current motion was previously filed by Defendant on October 31, 2005 and was fully briefed by both parties, no further extension will be given for Plaintiffs to

respond, and the Court will not accept any response to the motion after noon on August 14,

2007.

        **DONE AND ORDERED** at Tampa, Florida, this 13th day of August, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record